IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SCOTT GRAEFE**                                                                                       **PLAINTIFF**

v.                                            Case No. 3:24-cv-00219-KGB

**HYTROL CONVEYOR COMPANY, INC.**                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 23). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff Scott Graefe wishes to dismiss his case with prejudice, but Graefe acknowledges that defendant Hytrol Conveyor Company, Inc. ("Hytrol") has not entered a settlement or other compromise of this lawsuit.

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice. Therefore, Hytrol's motion for summary judgment is denied as moot (Dkt. No. 13).

It is so ordered this 30th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge